# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2025

### NO. 03-23-00509-CV

**Timothy Sellars, Appellant**

**v.**

**Mark Highfill, in His Capacity as Personal Representative of the Estate of David Highfill (Deceased), Appellee**

---

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND ELLIS
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the judgment signed by the trial court on August 7, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.